IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                      Civil Action No. 1:10-cv-02130-ZLW-BNB

CHARLES BARRETT and KATHLEEN
BARRETT

    Defendants.

---

## [~~PROPOSED~~] ORDER

---

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that the Clerk of this Court shall immediately authenticate each of the attached letters rogatory on page 2, Section C and page 5, Section III, the complaint, and the summons attached to the United States' Motion for Issuance of Letters Rogatory for service upon Charles Barrett and Kathleen Barrett in Ecuador under Fed. R. Civ. P. 4(f) and the Inter-American Convention on Letters Rogatory, with Additional Protocol.

It is further ORDERED that the Clerk of this Court shall promptly mail original, authenticated copies of the letters rogatory (one for each Defendant), complaint (two original copies) and summons (two original copies) to counsel for the United States at the following address: Lindsay Clayton, Tax Division, United States Department of Justice, P.O. Box 683, Ben Franklin Station, Washington, DC 20044.

Dated October 22, 2010.

*[Signature]*

UNITED STATES MAGISTRATE JUDGE