IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02130-ZLW-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES BARRETT, and
KATHLEEN BARRETT,

Defendants.

_____

**ORDER**

_____

On review of the United States' Status Report [Doc. # 29, filed 2/2/2011];

IT IS ORDERED that the Untied States shall file a supplemental status report on or

before **June 1, 2011**.

Dated March 21, 2011.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge