IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02130-RBJ-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES BARRETT and
KATHLEEN BARRETT

    Defendants.

---

ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT

---

Upon consideration of the United States' motion and for good cause shown, IT IS HEREBY ORDERED THAT:

    A.    The United States is entitled to default judgment against Charles Barrett and Kathleen Barrett;

    B.    On the claim for relief in Count One of the United States' Complaint, the Court finds that Charles Barrett and Kathleen Barrett are liable for unpaid federal income tax liabilities for the tax year ended December 31, 2007 in the amount of $255,976.68, plus interest and other statutory additions,[1] and less any payments made against the liabilities, accruing from March 1, 2013;

    C.    On the claim for relief in Count Two of the United States' Complaint, Charles Barrett and Kathleen Barrett are hereby ordered to repatriate and pay over to the United States any and all funds that they wired to the Banco de la Republica Oriental del Uruguay;

---

[1] *See*, 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c).

D.   The United States is awarded its costs for prosecuting this action, and the United States shall submit a statement setting forth the amount of those costs for the Court's approval.

DATED this 8th day of April, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge