IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02130-RBJ-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES BARRETT, and
KATHLEEN BARRETT,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


IT IS ORDERED:

(1) The **Joint Stipulation Regarding Petition to Quash and Motion to Cancel Hearing** [Doc. # 91, filed 10/7/2013] is GRANTED.  Michael J. Grattan III may appear and testify at the hearing on October 11, 2013, by video-conference, the parties and witness to make all technical arrangements necessary to accomplish that;

(2) The **Motion to Quash** [Doc. # 87, filed 10/3/2013] is DENIED as moot; and

(3) The hearing on the Motion to Quash set for October 8, 2013, at 11:00 a.m., is VACATED.

(4) A copy of this Order is to be mailed to: Michael J. Grattan III, 109 West Kennedy Avenue, Grand Junction CO 81503.


DATED:  October 7, 2013