IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Boyd N. Boland

Case No. 10-cv-02130-RBJ-BNB

UNITED STATES OF AMERICA
    Plaintiff

v.

CHARLES BARRETT
KATHLEEN BARRETT
    Defendants

---

STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing on October 11, 2013, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 11th day of October, 2013.

BY THE COURT:

_____
Boyd N. Boland, Magistrate Judge

APPROVED AS TO FORM:

_____    _____
PLAINTIFF    ATTORNEY FOR DEFENDANTS