IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action: 10-cv-2130-RBJ-BNB | Date: November 21, 2013 |
| Courtroom Deputy: Courtni Covington | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| UNITED STATES OF AMERICA | Lindsay L. Clayton |
| **Plaintiff(s)** | |
| v. | |
| CHARLES BARRETT | Nick Richards |
| KATHLEEN BARRETT | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SHOW CAUSE HEARING**

Court in Session: 9:42 a.m.

Appearance of counsel. Defendants, Charles Barrett and Kathleen Barrett, appear with counsel of record.

Argument presented on *United States Motion for Contempt* [Doc. No. 109]. Plaintiff's Exhibit 6 is ADMITTED.

Defendants' witness, Kathleen Barrett, is called and sworn.

10:11 a.m.   Direct examination of Ms. Barrett by Mr. Richards.
             Defendants' Exhibits 1A and 2A are ADMITTED.

10:18 a.m.   Cross examination of Ms. Barrett by Ms. Clayton.

Witness excused.

Further argument presented on the pending motion. Defense counsel requests to recall Ms. Barrett to testify.

Defendants' witness, Kathleen Barrett, is called and remains under oath.

10:24 a.m.     Redirect examination of Ms. Barrett by Mr. Richards.

10:26 a.m.     Recross examination of Ms. Barrett by Ms. Clayton.

Witness excused.

The court advises the parties it will take the issue of contempt under advisement and will certify facts or otherwise make a Recommendation to District Judge Jackson.

**ORDERED:**     *United States Motion for Contempt* [Doc. No. 109, filed 10/24/2013] is **TAKEN UNDER ADVISEMENT.**

Court in Recess:  10:33 a.m.          Hearing concluded.          Total time in Court:  00:51