IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02130-RBJ-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES BARRETT, and
KATHLEEN BARRETT,

Defendants.
_____

**ORDER**
_____

On December 4, 2013, I certified facts to the district judge and recommended that the defendants be held in contempt of court. Certification of Facts and Recommendation [Doc. # 131]. In doing so, I found:

> (16) The Barretts' failure to repatriate and pay over to the United States funds equal to the $16,000 sent by wire transfer to Banco de la Republica Oriental del Uruguay from either or both (i) the funds on deposit in the ProduBank account and/or (ii) by sale or transfer of the minority corporate interests in RalcoNutri; Ralco Uruguay; Ralco Costa Rico; Ralco Panama; Ecuador Medical Tourism Association; BCS; Aqua Solutions; Jerusalem Fund; Relocation Services of Ecuador; and Petra Petroleum, as required by the Default Judgment, are acts of contempt.

Id. ¶16 at pp. 8-9.

Subsequently, the United States filed its Notice of Levy Proceeds [Doc. # 143] stating that "the Internal Revenue Service received $16,000 in proceeds from the levy of Jon Knochenmus" and that "[t]hese proceeds have been applied against Charles and Kathleen Barrett's 2007 tax liability, and appear to be sufficient to purge the prior contempt finding in this

case." Notice of Levy Proceeds [Doc. # 143]. The levy against Mr. Knochenmus apparently represents proceeds from the liquidation of some of the minority corporate interests identified paragraph 16 of the Certification of Facts and Recommendation [Doc. # 131] which, if of sufficient value, would purge the asserted contempt. See United States' Notice of Levy [Doc. # 139] at p. 1. In view of this development,

    IT IS ORDERED:

    (1)    The Certification of Facts and Recommendation [Doc. # 131] is WITHDRAWN; and

    (2)    The United States' Motion for Contempt [Doc. # 109] is DENIED.[1]

Dated January 7, 2014.

                                                        BY THE COURT:

                                                        s/ Boyd N. Boland
                                                         United States Magistrate Judge

---

[1] As is explained in the Certification of Facts and Recommendation [Doc. # 131] at page 4, although I lack authority to enter a contempt citation, where, as here, a magistrate judge "finds [the respondents'] explanation to be satisfactory, [he] may choose not to certify the matter for further proceedings." In re Kitterman, 696 F. Supp. 1366, 1370 (D. Nev. 1988).